UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMMY A. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV536 HEA |
| | ) | |
| COTTRELL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Defendant's Motion to Quash

Deposition of Susan Green, [Doc. No. 338]. Plaintiff has failed to respond to the

Motion. For the reasons set forth in the Motion, the Court concludes that the

Motion is well taken.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Quash the

Deposition of Susan Green, [Doc. No. 338], is granted

Dated this 29th day of January, 2014.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE