# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| TIMMY A. TAYLOR and DEBORAH TAYLOR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:09-cv-536 HEA |
| | ) | |
| COTTRELL, INC. and AUTO HANDLING, CORP., | ) ) ) | Removed from the Circuit Court of St. Louis County, MO (Case No. 09SL-CC01525) |
| Defendants. | ) ) | |

## JOINT **STIPULATION OF UNCONTESTED FACTS**

COMES NOW Plaintiffs, jointly with Cottrell and Auto Handling Corp., and pursuant to the agreement of the parties, states that the following stipulations of uncontested facts have been made in this matter:

## **STIPULATIONS OF FACT**

1. Mr. Taylor is 47 years old.

2. Mr. Taylor is a citizen of the state of Oklahoma.

3. Cottrell is a manufacturer of car-hauling trailers, with its only facility in Gainesville, Georgia.

The parties have not been able to reach agreement on a summary of the case that may be used in Voir Dire. The parties believe they may be able to reach agreement by Monday, March 24, 2014, or, in the alternative, they can submit separate proposals.

Respectfully submitted,

ARMBRUSTER, DRIPPS, WINTERSCHEIDT
  & BLOTEVOGEL, LLC

By    s/ Michael T. Blotevogel
       Charles W. Armbruster, III #40027MO
       Michael T. Blotevogel #55030MO
       219 Piasa Street
       Alton, IL 62002
       (800) 917-1529 - Telephone
       (800) 927-1529 - Facsimile
       charlesa@adwblaw.com
       mikeb@adwblaw.com

and

       WENDLER LAW, P.C.
       Brian M. Wendler, #39151MO
       900 Hillsboro, Suite 10
       Edwardsville, IL 62025
       Phone: 618-692-0011
       Fax: 618-692-0022
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the foregoing was filed through this Court's ECF system on March 21, 2014, which should result in service on the following attorneys of record:

Dan Carpenter
Amy Lorenz-Moser
Armstrong, Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
*Attorneys for Cottrell, Inc.*

Paul Wickens
William Logan
Foland, Wickens, Eisfelder,
Roper & Hofer, P.C.
911 Main Street, Suite 3000
Kansas City, MO 64105
*Attorneys for Auto Handling Corporation*

                                                ___/s/ Michael T. Blotevogel_____